DOC NO
REC'D/FILED
2016 JAN -6 AM 11:58
PETER OPPENEER
CLERK US DIST COURT
WD OF WI
SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 16 CR 001 BBC |
| RICKY OLSON, | 18 U.S.C. §1470 |
| | 18 U.S.C. §2251(a) & (e) |
| | 18 U.S.C. §2252(a)(2) |
| Defendant. | 18 U.S.C. §2252(a)(4)(B) |
| | 18 U.S.C. §2253 |

THE GRAND JURY CHARGES:

### COUNT 1

On or about February 17, 2015, in the Western District of Wisconsin, the defendant,

RICKY OLSON,

knowingly distributed visual depictions, specifically computer image files, using a means or facility of interstate or foreign commerce, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and the visual depictions are of such conduct. Specifically, the defendant sent images of a known victim ("KV"), from a Snapchat account to Snapchat user "strippingdemona," such image files more particularly described as "92D40778-B9C7-44DE-9DA7-A6B1498FB04E-V2.jpg," and "C6EF1189-FC42-4651-9847-15A2BEFA576B-V2.jpg."

(In violation of Title 18, United States Code, Section 2252(a)(2)).

## COUNT 2

On or about February 13, 2015, in the Western District of Wisconsin, the defendant,

## RICKY OLSON,

knowingly received visual depictions, specifically computer image and video files, using a means or facility of interstate or foreign commerce, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and the visual depictions are of such conduct. Specifically, the defendant received images and a video file of "KV" engaging in sexually explicit at both the email account 1tagaol1@gmail.com and at his Snapchat account "tagaol," such image files more particularly described as "Download.jpg," "Download(2).jpg," and "Download(3).jpg," and such video file more particularly described as "0213151128.mp4."

(In violation of Title 18, United States Code, Section 2252(a)(2)).

## COUNT 3

On February 24, 2015, in the Western District of Wisconsin, the defendant,

## RICKY OLSON,

knowingly possessed a LG LGL39C cell phone, which contained a 4GB micro SD card containing video files that had been produced using materials which had been shipped and transported in interstate and foreign commerce, specifically the LG LGL39C cell phone, S/N 312CYVK0163926, and the 4GB Micro SD card, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and

the depictions were of such conduct. Specifically, the SD card contained video files of "KV" titled "Video0.mp4," "Video1.mp4," "Video2.mp4," and "Video4.mp4".

(In violation of Title 18, United States Code, Section 2252(a)(4)(B)).

## COUNT 4

On or about February 14, 2015, in the Western District of Wisconsin, the defendant,

RICKY OLSON,

knowingly and intentionally attempted to use a minor, "KV," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate commerce, that is, a cellular telephone.

(In violation of Title 18, United States Code, Section 2251(a) and (e)).

## COUNT 5

On or about February 13, 2015, in the Western District of Wisconsin, the defendant,

RICKY OLSON,

by means of interstate commerce, knowingly attempted to transfer obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained 16 years of age. Specifically, the defendant attempted to send "KV" a video titled "VID_20150213_145715.mp4."

(In violation of Title 18, United States Code, Section 1470).

## FORFEITURE ALLEGATION

As a result of the offenses charged in Counts 1 through 4 of this indictment, and upon conviction for violating Title 18, United States Code, Sections 2251 and 2252, pursuant to Title 18, United States Code, Section 2253, the defendant,

RICKY OLSON,

shall forfeit to the United States his right, title, and interest in:

(1) Any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained, including books and magazines, seized from the defendant's residence; and

(2) any and all property used or intended to be used to commit or to promote the commission of the aforementioned offense, including property specifically described as an LG cell phone, LGL39C, S/N 312CYVK0163926, a 4GB micro SD card, an LG cell phone, LGL41C, S/N 408CYQX0065780, and LG cell phone, LGL38C, S/N 304CQWC0554321, and V3m cell phone, S/N SJ0G2147CG, an ALCATEL One Touch cell phone, S/N CW140902A, and a Huawei cell phone, H868C, S/N V3L7N893A1706357.

A TRUE BILL

_____
PRESIDING JUROR

_____
JOHN W. VAUDREUIL
United States Attorney

Indictment returned: 1-6-16