

**U.S. Department of Justice**

**John W. Vaudreuil**
**United States Attorney**
**Western District of Wisconsin**

Telephone 608/264-5158
TTY 608/264-5006
Administrative Facsimile 608/264-5183
Civil Division Facsimile 608/264-5724
Criminal Division Facsimile 608/264-5054

<u>Address:</u>
222 West Washington Avenue
Suite 700
Madison, Wisconsin 53703

January 13, 2016

Mr. Peter Moyers
Federal Defender Services of Wisconsin, Inc.
22 E. Mifflin Street, Suite 1000
Madison, WI 53703

    Re:    *United States v. Ricky Olson*
            Case No. 16-CR-00001-BBC

Dear Mr. Moyers:

      Pursuant to the government's discovery obligations under the Federal Rules of Criminal Procedure, you are being provided discovery documents Bates labeled 1 to 568, along with Snapchat search warrant return information and Snapchat subscriber information. I have some additional discovery discs (that contain contraband) and you can view these at our office at an agreed upon time. These discs include: Snapchat search warrant results, Gmail search warrant results, search warrant results for the ALCATEL phone the defendant provided to law enforcement, and search warrant results for phones seized at the defendant's residence. All discovery of items containing child pornography will be handled in accordance with the restrictions and obligations set forth in 18 U.S.C. § 3509(m).

      If you have any questions, please feel free to contact me.

                                    Very truly yours,

                                  JOHN W. VAUDREUIL
                                United States Attorney

                                By:        /s/

                                JULIE S. PFLUGER
                                Assistant United States Attorney

JSP:llb
Enclosures