

**U.S. Department of Justice**

*John W. Vaudreuil*
*United States Attorney*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

<u>Address:</u>
*222 West Washington Avenue*
*Suite 700*
*Madison, Wisconsin 53703*

February 17, 2016

Mr. Peter Moyers
Federal Defender Services of Wisconsin, Inc.
22 E. Mifflin Street, Suite 1000
Madison, WI 53703

  Re: *United States v. Ricky Olson*
     Case No. 16-CR-00001-BBC

Dear Mr. Moyers:

  Pursuant to the government's discovery obligations under the Federal Rules of Criminal Procedure, you are being provided supplemental discovery documents Bates labeled 569-576.

  If you have any questions, please feel free to contact me.

         Very truly yours,

         JOHN W. VAUDREUIL
         United States Attorney

         By:  /s/

         JULIE S. PFLUGER
         Assistant United States Attorney

JSP:llb
Enclosures