IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

RICKY OLSON,

                Defendant.

ORDER

16-cr-01-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At an ex parte motion hearing held in this case on August 26, 2016, I granted defendant Ricky Olson's motion to withdraw his plea of guilty. I also granted the request of his counsel, Peter Moyers of the Federal Defender Services, to be relieved of the obligation of representing him further in this case.

The sentencing set for August 30, 2016 is canceled.

The Federal Defender Services is requested to recruit replacement counsel for Mr. Olson promptly.

Entered this 26TH day of August, 2016.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge

1